## STATE OF CONNECTICUT *v.* ALBERT ORTIZ
## (11966)

O'CONNELL, FREEDMAN and SCHALLER, Js.

Argued January 5—decision released January 25, 1994

*Joseph A. Hourihan,* with whom, on the brief, were *Joan Keating McKeon* and *Robert J. Sickinger,* law student intern, for the appellant (defendant).

*Leon F. Dalbec, Jr.,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Edward Narus,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.